IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. <u>7:09cr162</u>

**MICHAEL L DAVIDSON**

## PLEA

The defendant, **MICHAEL L DAVIDSON**, having withdrawn his previously entered plea of NOT GUILTY, pleads **GUILTY** to Count(s) ___10 and 11___ of the **Superseding Indictment** after arraignment in open court.

*Michael L. Davidson*
(Signed) Defendant

Anderson, South Carolina
Date: April 29, 2009